433 A.2d 542

Brown, etc., Appellant v. Scoles.

Petition for Allowance of Appeal Denied July 21, 1981.

Argued December 1, 1980. John P. Yatsko, for appellant; John O'Rourke, submitted a brief on behalf of appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed.

433 A.2d 542

Commonwealth v. Bundridge, Appellant.

Petition for Allowance of Appeal Denied July 17, 1981.

Submitted November 14, 1980. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Order affirmed.